IN RE: LACEY MICHELLE PERKINS  Case No: 18-54318
Judge Lisa S. Gretchko
Chapter 13

_____/

POST-CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN
PURSUANT TO L.B.R.3015-2(b) AND F.R.Bankr.P. 3015(g)

Debtor has filed papers with the court to seek a modification of the Chapter 13 Plan. The Debtor seeks to stop an increase in her Chapter 13 Plan payment due to the expiration of one retirement loan. The loan has expired and therefore the Debtor's brother has stopped providing support to the Debtor to help pay the loan. The Debtor proposes the following modifications:

1. Increase the Chapter 13 Plan payment to $689.38 bi-weekly.
2. The Plan payment increase to $881.44 bi-weekly effective March 1, 2022 pursuant to the Order Modifying Plan of November 18, 2021 (ECF#97) shall be stricken.
3. Excuse Plan payments in the amount of $439.20.
4. IN ALL OTHER RESPECTS THE ORDER CONFIRMING PLAN SHALL REMAIN IN EFFECT.
5. The proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:
   a. Class One: Trustee Fees - NONE
   b. Class Two: Administrative Claims - NONE
   c. Class Three: Secured Claims to be Stripped from the Collateral and Treated as Unsecured Claims to be Paid by the Trustee – NONE
   d. Class Four: Secured Claims on Which the Last Contractual Payment is Due Beyond the Length of the Plan:
      (1) Continuing Payments that Come Due on or After the date of the Order for Relief - NONE
      (2) Pre-Petition Arrearages to be paid by the Trustee - NONE
   e. Class Five: Secured Claims on Which the Last Payment Will Become Due Within the Plan Duration:
      (1) Creditors to be Paid in Equal Monthly Payments - NONE
      (2) Creditors Not to be Paid in Equal Monthly Payments - NONE
   f. Class Six: Executory Contracts and/or Unexpired Leases
      (1) Continuing Lease/Contract Payments - NONE
      (2) Pre-Petition Arrearages on Assumed Executory Contracts and Leases - NONE
      (3) Debtor Rejects the Executory Contracts and Unexpired Leases Listed in Subparagraph 3 – NONE
   g. Class Seven: Priority Unsecured Claims
      (1) Domestic Support Obligations: Continuing Payments - NONE
      (2) Domestic Support Obligations: Pre-Petition Arrearages - NONE
      (3) All Other Priority Unsecured Claims – NONE
   h. Class Eight: Separately Classified Unsecured Claims
   i. Class Nine: General Unsecured Claims – NONE

Date: April 5, 2022          /s/ Marshall D. Schultz
                             Marshall D. Schultz (P38040)
                             Attorney for Debtor
                             29777 Telegraph Road, Ste. 2203
                             Southfield, MI 48034
                             (248) 559-6930
                             marshalld.schultz@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: LACEY MICHELLE PERKINS

Case No: 18-54318
Judge Lisa S. Gretchko
Chapter 13

_____/

ORDER MODIFYING PLAN

This matter came before the Court upon the Debtor's proposed post confirmation Plan modification. Required parties were served with the proposed Plan modification and notice of the deadline for objections thereto. No objection was timely filed, and a certification of no response has been filed. The Court is advised in the premises.

IT IS HEREBY ORDERED that the Chapter 13 Plan is modified as follows:

Increase the Chapter 13 Plan payment to $689.38 bi-weekly.

The Plan payment increase to $881.44 bi-weekly effective March 1, 2022 pursuant to the Order Modifying Plan of November 18, 2021 (ECF#97) shall be stricken.

Excuse Plan payments in the amount of $439.20.

IT IS HEREBY ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: LACEY MICHELLE PERKINS                Case No: 18-54318
                                             Judge Lisa S. Gretchko
                                             Chapter 13

_____/

Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

    Marshall D. Schultz, 29777 Telegraph Road, Ste 2203, Southfield, MI 48034

    David Wm. Ruskin, 26555 Evergreen Road, Ste 1100, Southfield, MI 48076

Date: 4/5/2022

/s/ Marshall D. Schultz
Marshall D. Schultz (P38040)
29777 Telegraph Road, Ste 2203
Southfield, MI 48034
248-559-6930
Marshalld.schultz@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: LACEY MICHELLE PERKINS          Case No: 18-54318
Judge Lisa S. Gretchko
Chapter 13

_____/

CERTIFICATE OF SERVICE

I, Marshall D. Schultz, hereby swear under penalty of perjury that on the date indicated below, I served copies of:

1.     POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN
2.     PROPOSED ORDER
3.     NOTICE OF POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN

upon the following parties by first class mail or through electronic means if applicable:

SEE ATTACHED PACER MATRIX

Date:   April 5, 2022          /s/ Marshall D. Schultz
                                    Marshall D. Schultz (P38040)
                                    Attorney for Debtor
                                    29777 Telegraph Road, Ste 2203
                                    Southfield, MI 48034
                                    (248) 559-6930
                                    marshalld.schultz@gmail.com